IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Cr. No. 05-10092-T/An

MEISHIA GASTON,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on December 6, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:        Dianne Smothers, Asst. Federal Defender
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on her present bond.

                                                      S. Thomas Anderson
                                                      S. THOMAS ANDERSON
                                                      United States Magistrate Judge

Charges:      felon in possession of a firearm

Assistant U.S. Attorney assigned to case:

Rule 32 was not waived.

Defendant's age:     34

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/8/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CR-10092 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT